UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RONALD R. DEPROW,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

Civil No. 00-2641 (RHK/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, an inmate at the Federal Correctional Institution in Waseca, Minnesota, has filed an Amended Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he being is confined in violation of his rights under the U.S. Constitution.[1]

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause and proper duration of Petitioner's confinement, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of the expected duration of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter;

---

[1] Petitioner's original petition was returned to him because it was defective in several respects. (See Order dated December 11, 2000; [Docket No. 4].) Petitioner was granted leave to file an amended petition, and he has now done so. Therefore, Petitioner's Amended Habeas Corpus Petition, (Docket No. 5), is now before the Court.

JAN 0 4 2001
CLERK

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any other court documents or prison records that may be germane to the issues presented in the petition.

Petitioner has also filed an application for leave to proceed in forma pauperis, ("IFP"), in this matter. (Docket Nos. 2 and 3.) However, Petitioner has since tendered the full $5 filing fee for this action. (Docket No. 6.) Because the filing fee has been paid, and Petitioner has shown no other need for IFP status, the IFP application will be denied as moot.

Based on the foregoing, and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent shall file a written return to Petitioner's application for a writ of habeas corpus, consistent with the terms of this order, within 20 days from the date of this order; and

2. Petitioner's application for leave to proceed in forma pauperis, (Docket Nos. 2 and 3), is DENIED AS MOOT.

Dated: January 3, 2001

E.S. Swearingen

E.S. SWEARINGEN,
United States Magistrate Judge