UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2641 RHK/ESS

| | | |
|---|---|---|
| RONALD RAY DEPROW, Petitioner, | ) | |
| | ) | **SEALING ORDER** |
| ROB MUNDT, Warden, Respondent. | ) | |

Pursuant to In Re Search Warrant of Secretarial Area Outside Office of Gunn, 855 F.2d 569 (8th Cir. 1988), the Court has reviewed Respondent's Motion To Seal Exhibit H of Terri Ferritor's Declaration.

The Respondent's motion and Exhibit H of Terri Ferritor's Declaration sets forth information which Respondent requests be sealed for security reasons. The security and safety of Bureau of Prison facilities and individuals housed therein requires that certain information not be disclosed.

The Court finds that this important governmental interest must be protected. This interest is compelling. The Court knows of no other less restrictive alternative than the sealing from public scrutiny of this document which will protect the government interest at stake. As in Gunn, there is therefore a substantial probability that the government's security concerns would be severely compromised if the sealed Exhibit H of Terri Ferritor's Declaration were released.

JAN 24 2001

The Court also concludes that a line by line redaction of this document is not a practical compromise.

IT IS THEREFORE ORDERED THAT Exhibit H of Terri Ferritor's Declaration is hereby sealed until further order of the Court.

Dated: Jan. 22, 2001

E.S. Swearingen
E.S. SWEARINGEN
United States Magistrate Judge