**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

RONALD RAY DEPROW,

Petitioner,

v.

ROB MUNDT, Warden,

Respondent.

Civil No. 00-2641 (RHK/ESS)

**ORDER**

The above-entitled matter has come before the Court upon the Report and Recommendation, ("R&R") of Magistrate Judge E.S. Swearingen, dated August 30, 2001. (Docket No. 15.) The Magistrate Judge has recommended that a writ of habeas corpus be granted to Petitioner "so that a hearing may be held on this matter." Respondent has filed timely objections to the R&R, (Docket No. 16), supported by two new evidentiary submissions – (1) the Declaration of Deborah A. Locke, (Docket No. 17), and a Supplement To Declaration Of Terri Ferritor, (Docket No. 19).

This matter will be remanded to the Magistrate Judge to give him an opportunity to review and consider Respondent's supplemental submissions. The Magistrate Judge shall solicit additional evidentiary materials and briefings from the parties as he may deem appropriate, and he shall schedule and conduct any evidentiary hearing that he may deem necessary and appropriate. Thereafter, the Magistrate Judge shall file a supplemental R&R discussing the significance of any new evidence and arguments submitted after the original R&R was filed, and setting forth his recommendation as to what, if any, relief should be granted to Petitioner.

Based upon the foregoing, and all of the files, records and proceedings herein,

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation dated August 30, 2001, (Docket No. 15), is NOT ADOPTED by the Court; and

2. This matter is remanded to the Magistrate Judge for review and consideration of Respondent's recent supplemental submissions, for such further proceedings as the Magistrate Judge may deem appropriate, and for a supplemental Report and Recommendation.

Dated: October 10, 2001

RICHARD H. KYLE
United States District Court Judge