# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ronald Ray Deprow

Plaintiff

v.

Robert Mundt, Warden

Defendants

Case No. Civil 00-2641 RHK/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** the objections are overruled. The supplemental Report and Recommendation is adopted. The petition for writ of habeas corpus is dismissed with prejudice.

DATE: December 14, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk